FILED: January 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1072

_____

APPALACHIAN VOICES; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

        Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency

        Respondents

---

This case has been opened in this court.

| | |
|---|---|
| Originating Court | Environmental Protection Agency |
| Originating Case Number | N/A |
| Date Petition Filed: | 01/19/2026 |
| Petitioner(s) | Appalachian Voices and the South Carolina Coastal Conservation League |
| Appellate Case Number | 26-1072 |
| Case Manager | R. Phillips<br>804-916-2702 |