# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

|  |  |
|---|---|
| APPALACHIAN VOICES and SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, *Petitioners,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, *Respondents.* | Case No. _____ |

## PETITION FOR REVIEW

Pursuant to 33 U.S.C. § 1369(b)(1), Federal Rule of Appellate Procedure 15, and Fourth Circuit Local Rule 15, Appalachian Voices and the South Carolina Coastal Conservation League hereby petition this Court for review of the final action of the United States Environmental Protection Agency and Lee Zeldin entitled *Effluent Limitations Guidelines and Standards for the Steam Electric Power Generating Point Source Category-Deadline Extensions*, which was published in the Federal Register at 90 Fed. Reg. 61,328 on December 31, 2025 (Attachment 1). In

accordance with the Federal Register notice and 40 C.F.R. § 23.2, the effective date of the action for purposes of judicial review is January 14, 2026.

Dated: January 19, 2026      Respectfully submitted,

               */s/* Nicholas S. Torrey
               Nicholas S. Torrey
               Southern Environmental Law Center
               136 E. Rosemary Street, Suite 500
               Chapel Hill, NC 27514
               919-967-1450
               ntorrey@selc.org

               *Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2026, I electronically filed the foregoing Petition for Review, and the exhibits thereto, with the Clerk of Court using the ECF System. I further certify that I am causing the foregoing Petition for Review, and the exhibits thereto, to be served by certified mail, return receipt requested, on Respondents, at the following addresses:

Lee Zeldin, Administrator
U.S. Environmental Protection Agency
Office of the Administrator (1101A)
William Jefferson Clinton Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Correspondence Control Unit
U.S. Environmental Protection Agency
Office of General Counsel (2310A)
William Jefferson Clinton Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Pam Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Nicholas S. Torrey
Nicholas S. Torrey
*Southern Environmental Law Center*