# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

January 20, 2026

_____

FRAP 15(c) RECORD REQUEST
PETITION FOR REVIEW CASES

_____

No. 26-1072,    <u>Appalachian Voices v. EPA</u>

TO:    Respondent(s)

DUE DATE:  March 2, 2026

Pursuant to FRAP 15(c), the petition for review filed January 19, 2026, and referenced by this notice is hereby served on respondent(s).

Pursuant to FRAP 17, the agency shall file the record on or before March 2, 2026, in the following manner:

- The record should be filed in electronic form. ECF event: **Administrative record (electronic form)**
- If unavailable in electronic form, file in paper form. ECF event: **Notice of paper filing**
- If petitioner is represented by counsel and a joint appendix will be filed, a certified list may be filed in lieu of the record. ECF Event: **Certified list in lieu of agency record**

Any highly sensitive documents **must** be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**.

R. Phillips, Deputy Clerk
804-916-2702