# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| APPALACHIAN VOICES, et al., | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )<br>)<br>) No. 26-1072 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>)<br>)<br>) |
| Respondents. | )<br>)<br>) |

## NOTICE TO COURT

Respondents hereby submit notice to the Court that, on February 5, 2026, they filed the attached notice in the United States Judicial Panel on Multidistrict Litigation. *See In re United States Environmental Protection Agency, "Effluent Limitations Guidelines and Standards for the Steam Electric Power Generating Point Source Category—Deadline Extensions," 90 Fed. Reg. 61328 (Dec. 31, 2025),* Pending MCP No. 1, ECF No. 1.

Respectfully submitted,

 */s/ Matt Kahn*
MATT KAHN
U.S. Department of Justice
Environment and Natural
  Resources Division

Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3340
Matthew.Kahn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Matt Kahn*